# ELECTRONIC RECORD

COA # 01-13-00496-CR     OFFENSE: 3.01 (Del of Marihuana)

STYLE: Jesus Escobar v. The State of Texas    COUNTY: Harris

COA DISPOSITION: AFFIRM     TRIAL COURT: Co Crim Ct at Law No 7

DATE: 04/14/15     Publish: NO   TC CASE #: 1853071

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jesus Escobar v. The State of Texas     CCA #: 642-15

_APPELLANT'S_ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

Refused     JUDGE: _____

DATE: Sept. 16, 2015     SIGNED: _____    PC: _____

JUDGE: PC     PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____